UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>v.<br><br>**Jose D. Figueroa Agosto,** Defendant. | CRIMINAL NO. 10-435(PG) |

## **UNITED STATES' MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys and very respectfully states and prays as follows:

1. The United States hereby requests leave to file a motion under the "Ex Parte" restriction level. Such restriction level is needed due to safety concerns, which outweigh the presumption of public access.

WHEREFORE, the United States respectfully requests from the Honorable Court to **TAKE NOTICE** of the above-stated information.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 31st day of October, 2014.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

1

S/Timothy R. Henwood  
USPR Bar # 218608  
Assistant U.S. Attorney  
Torre Chardon, Suite 1201  
350 Carlos Chardon St.  
San Juan, P.R.   00918  
Tel. (787) 766-5656  
e-mail: timothy.henwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

S/Timothy R. Henwood  
U.S.D.C. No. 218608