# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| United States of America, _Plaintiff_ | ) ) | |
| v. | ) | Case No. 01-00379-012 (JAF) ; |
| José David Figueroa-Agosto _Defendant_ | ) ) ) | 07-00411-001 (JAF); 10-00435-001 (PG). |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

José David Figueroa-Agosto

Date: 10/05/2015

_Attorney's signature_

Richard O. Dansoh (USDC-PR # 223013)
_Printed name and bar number_
Law Offices of Richard O. Dansoh, Esq.
Federal Lawyers Building,
501 N.E. 1st Avenue,
Miami, Florida, 33132.
_Address_

dansohlawfirm@gmail.com
_E-mail address_

(305) 573-4444
_Telephone number_

(305) 238-5000
_FAX number_

Certificate of Service: I hereby certify that on this date, October 5, 2015 I electronically file the instant motion with the Clerk of the Court through the CM/ECF system which will send notification of said filing to all parties.

/s/ Richard O. Dansoh